UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 24-845-KK-SHKx** | Date: | May 24, 2024 |
| Title: | *Shantel L. Tyree v. Department of The Navy, et al.* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute and Comply with Court Orders

On April 18, 2024, plaintiff Shantel L. Tyree ("Plaintiff"), proceeding pro se, initiated the instant action by filing a Department of the Navy Equal Employment Opportunity ("EEO") complaint of discrimination form. ECF Docket No. ("Dkt.") 1.

The Department of the Navy EEO complaint form filed by Plaintiff fails to comply with the requirements of the Federal Rules of Civil Procedure and the Court's Local Civil Rules. See, e.g., FED. R. CIV. P. 10(a)-(b); L.R. 11-3.8. Hence, on May 1, 2024, the Court issued an Order requiring Plaintiff to file a First Amended Complaint in compliance with the applicable Federal Rules of Civil Procedure and Local Rules no later than May 13, 2024. See dkt. 10.

However, to date, Plaintiff has not filed a First Amended Complaint. Plaintiff is, therefore, in violation of the Court's May 1, 2024 Order.

Pursuant to Federal Rule of Civil Procedure 41(b), the Court may dismiss this action with prejudice for failure to prosecute or failure to comply with a court order. See FED. R. CIV. P. 41(b). Nevertheless, before dismissing this action, the Court will afford Plaintiff an opportunity to explain her failure to file a First Amended Complaint as directed by the Court's May 1, 2024 Order.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed and/or sanctions imposed for failure to prosecute and comply with court orders. Plaintiff shall have **up to and including June 3, 2024** to respond to this Order.

      **Plaintiff is expressly warned that failure to timely file a response to this Order will result in this action being dismissed without prejudice and/or other sanctions, including monetary sanctions, for failure to prosecute and comply with Court orders.** See FED. R. CIV. P. 41(b).

      **IT IS SO ORDERED.**